**John Paul TURNER, Petitioner—
Appellant,**

v.

**SUPERINTENDENT OF ROCKRIDGE
REGIONAL JAIL, AUGUSTA COUN-
TY SHERIFF, Respondent—Appellee.**

**No. 05–6350.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2005.

Decided: Sept. 6, 2005.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order accepting the recommendation of the magistrate judge and denying Turner's Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for consolidation is denied.

*DISMISSED*